Adriana Johnson – 15642
Alecia Johnson – 18432
JOHNSON LEGAL GROUP, PLLC
5957 South Redwood Road, Suite 101
Taylorsville, UT 84123
Telephone: (385) 626-0026
Email: adrianaj@aajohnsonlegal.com
aleciaj@aajohnsonlegal.com

Matthew S. Russo – 19215
HODGE LAW FIRM, PLLC
The Historic Runge House
1301 Market Street
Galveston, TX 77550
Telephone: (409) 762-5000
mrusso@hodgefirm.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| **JAMES R. BOUD, Trustee of the Linda Boud Revocable Trust and D. LYNN BIGELOW and ALICE C. BIGELOW, DBA STADIUM WAY/COLLEGE WAY APARTMENTS,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY, a corporation**<br><br>**Defendant.** | **MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br><br><br>Civil No: 4:25-cv-00073-AMA-PK<br><br>**Judge: Ann Marie McIff Allen**<br>**Magistrate: Paul Kohler** |

  Plaintiffs James R. Boud, D. Lynn Bigelow and Alice C. Bigelow (hereinafter "Plaintiffs"), by and through their counsel, hereby move this Court to Amend Plaintiffs' Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

## INTRODUCTION AND RELIEF REQUESTED

This case arises from an insurance claim made by Plaintiffs for damage to their properties. Plaintiffs seek leave to amend the complaint to add an additional policy number and claim number relating to one of the properties at issue in the matter.

## RELEVANT FACTS AND PROCEDURAL BACKGROUND

1. Plaintiffs filed their original Complaint on May 9, 2025.

2. Defendant filed its Answer on June 17, 2025.

3. Since that time, Plaintiffs realized an inadvertent omission of an additional insurance policy and claim number assigned to this matter for one of the properties.

4. Plaintiffs now seek to amend the Complaint to include the additional insurance policy and claim number.

## LEGAL STANDARD

Plaintiff's motion for leave to amend is governed by rule 15(a)(2) of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(2). Under that rule, "[t]he court should freely give leave" to amend pleadings "when justice so requires." *Id*.; *see also Foman v. Davis*, 371 U.S. 178, 182 (1962). The decision about whether to provide a party leave to amend pleadings "is within the discretion of the trial court." *Minter v. Prime Equip. Co*., 451 F.3d 1196, 1204 (10th Cir. 2006) (quotations and citation omitted). In the absence of any apparent or declared reason— such as undue delay, bad faith or dilatory motive on the part of the movant, . . . undue prejudice to the opposing party by virtue of allowance, futility of amendment . . . the leave sought should, as the rules require, be 'freely given.'" *Foman,* 371 U.S. at 182 (quoting Fed. R. Civ. P. 15(a)). "The purpose of the Rule is to provide litigants 'the maximum opportunity for each claim to be

decided on its merits rather than on procedural niceties.'" *Minter*, 451 F.3d at 1204 (quoting *Hardin v. Manitowoc-Forsythe Corp.*, 691 F.2d 449, 456 (10th Cir. 1982)).

## ARGUMENT

1. **Timeliness**: The proposed amendment is timely. Plaintiffs have acted diligently in seeking leave to amend and has not unduly delayed in bringing this motion.

2. **Good Faith**: There is no evidence of bad faith or dilatory motive on the part of Plaintiffs. The amendment is sought solely to clarify the two policies and claim numbers.

3. **No Prejudice**: Defendant will not be prejudiced by the amendment. The filing of the amended complaint does not alter the nature of the claims in a way that would require significant additional discovery or delay the proceedings *Spreitzer v. Deutsche Bank Nat'l Trust Co.*, 610 Fed. Appx. 737, *Eagar v. Gardner*, 2019 U.S. Dist. LEXIS 59698.

4. **Futility**: The proposed amendment is not futile. The amended complaint states valid claims upon which relief can be granted, and there is no basis to conclude that the amendment would be subject to dismissal *United States ex rel. Ritchie v. Lockheed Martin Corp.*, 558 F.3d 1161.

Because the Rule 15 factors weigh in favor of amendment, leave should be granted.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court grant this Motion for Leave to Amend Plaintiffs' Complaint.

DATED this 5th day of September 2025.

JOHNSON LEGAL, PLLC


**/s/ Adriana Johnson**
Adriana Johnson
Alecia Johnson
Matthew S. Russo
HODGE LAW FIRM, PLLC
*Attorneys for Plaintiffs*


### CERTIFICATE OF SERVICE

I hereby certify that September 5th, 2025, a true and correct copy of the foregoing **Motion for Leave to Amend Complaint** was served by the method indicated below, to the following:

| | | |
|---|---|---|
| Andrew D. Wright | (X) | Electronic Filing |
| Chet W. Neilson | ( ) | Email |
| STRONG & HANNI | ( ) | U.S. Mail, Postage Prepaid |
| 9350 South 150 East, Suite 500 | ( ) | Hand Delivered |
| Sandy, Utah 84070 | ( ) | Overnight Mail |
| awright@strongandhanni.com | ( ) | Facsimile |
| cneilson@strongandhanni.com | | |
| *Attorneys for Defendant* | | |


*/s/ Julie Langan*